UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

21-MJ-2126

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO.: |
| Plaintiff, | COMPLAINT FOR VIOLATIONS OF: |
| v. | Title 21 U.S.C. Sec. 841(a)(1) (Possession with intent to distribute Methamphetamine); |
| Jamiron Emanuel EATMON, | Title 21 U.S.C. Sec. 841(a)(1) (Possession with intent to distribute Fentanyl); and |
| Defendant. | Title 21 U.S.C. Sec. 841(a)(1) (Possession with intent to distribute Fentanyl) |

The undersigned Complainant, being duly sworn, states:

<u>Count One</u>

On November 3, 2020, within the Southern District of California, defendant Jamiron Emanuel EATMON did knowingly and intentionally possess with intent to distribute 50 grams and more of a mixture and containing a detectable amount of methamphetamine, to wit approximately 1.78 kilograms, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

<u>Count Two</u>

On May 26, 2020, within the Southern District of California, defendant Jamiron Emanuel EATMON did knowingly and intentionally possess with intent to distribute 40 grams and more of a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, to wit, approximately 126 grams, in violation of Title 21, United States Code, Sections 841(a)(1).

//
//

Count Three

On November 16, 2020, within the Southern District of California, defendant Jamiron Emanuel EATMON did knowingly and intentionally possess with intent to distribute 40 grams and more of a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, to wit, approximately 109 grams, in violation of Title 21, United States Code, Sections 841(a)(1).

And the complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Matt Carroll
Postal Inspector

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on May ~~27~~ 26th, 2021.

_____
The Honorable Michael S. Berg
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

*Affiant's Training and Experience*

I am a Federal Agent employed as an inspector by the United States Postal Inspection Service (USPIS). I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. 2510(7) and a federal law enforcement officer pursuant to Fed. R. Crim. P. 41(a)(2)(C). I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. 3061.

I have been employed as a United States Postal Inspector since June 2012. From June 2012 through September 2012, I attended the Basic Postal Inspector Academy. I am a member of the San Diego Contraband Interdiction and Investigations ("CI2") Team. Prior to this assignment, I was assigned to the US Postal Inspection Service's Mail Theft and Violent Crimes and the Mail Fraud and Money Laundering teams in San Francisco, California and the Mail Theft and Violent Crimes team in San Diego, California. I have had formal training in controlled substance investigations and become familiar with the manner in which controlled substances are packaged, marketed, cultivated, manufactured and consumed.

I also serve as an Anti-Money Laundering ("AML") program specialist for the USPIS which involves conducting investigations and providing expertise on money laundering and bank secrecy act enforcement.

I have a Master's Degree in Accounting and an active Certified Public Accountant ("CPA") license in the State of Massachusetts. Additionally, I hold the private industry computer certifications CompTIA A+ and Security+ which cover computer/network repair and data/network security, respectively. Over the course of my employment, I have attended training courses related to identity theft, money

laundering, bitcoin and cryptocurrency, the dark web, cell phone investigations and asset forfeiture among others.

My current duties include investigating violations of the federal Controlled Substance Act and related offenses. I have also had training regarding the investigation of individuals who use the U.S. mail to transport controlled substances and proceeds from their sale, and who use Postal Money Orders to launder the proceeds.

***Investigation Initiation***

On May 18, 2020, I received a lead from USPIS analysts regarding the following address: PO Box 532614, San Diego, CA 92153 (hereinafter "Box 532614"). Box 532614 in San Diego was believed to be receiving the proceeds of controlled substance sales via the US Mail from the Tupelo, MS area.

On May 19, 2020, I obtained a copy of the Postal Service (PS) Form 1093 -- *Application for Post Office Box Service* -- for Box 532614. From that form, I learned that Box 532614 was opened on January 25, 2020 by Jamiron EATMON ("EATMON") who used the physical address of 2854 Evans Cir., Tupelo, MS 38801 and a phone number of (619) 240-4405 to open that box.

On May 20, 2020, I searched law enforcement databases. Through my searches, I obtained a copy of EATMON's current Florida driver's license and his driver's license photograph.

While using United States Postal Service ("USPS") databases, I identified several suspicious parcels mailed from the San Diego, CA area to several addresses in the Tupelo, MS area. Those parcels were determined to have a direct association to parcels mailed to Box 532614, the box opened by EATMON, to include but not limited to packages sent to the following addresses:

2750 EVANS CIR, TUPELO, MS 38801

PO BOX 622, VERONA, MS 38879

389 COUNTY ROAD 125, HOULKA, MS 38850

*Seizure of 943 Counterfeit M30 Oxycodone Pills Containing Fentanyl*

On May 27, 2020, I was alerted that Priority Mail parcel bearing tracking number 9505 5144 9587 0147 5147 41 addressed to "Darren Weatherspoon 2750 Evans Circle Tupelo, MS, 38801," with the return address of "Alicia Weatherspoon 1516 Hicks St Oceanside, CA, 92054" was mailed from Carlsbad, CA (within the Southern District of California) on May 26, 2021 (hereinafter "Subject Parcel 1"). On June 5, 2020, Subject Parcel 1 was sent to the USPIS San Diego Field Office for further investigation by USPIS personnel.

On June 8, 2020, after inspecting the parcel, I determined that Subject parcel 1 had various indicia raising suspicion including, but not limited to, being heavily sealed and using excessive tape; a return address with a name that could not be associated with that address; and a recipient address that also could not be located with the name of the individual listed as the recipient among others. On that same day, a trained and certified narcotics detection dog and the dog's Border Patrol handler conducted an exterior examination of Subject Parcel and the canine alerted to the presence of the odor of controlled substances on the parcel. Thereafter, on June 11, 2020, the Honorable Daniel E. Butcher authorized Southern District of California federal search warrant number 20MJ2263 for Subject Parcel 1.

On June 12, 2020, I searched Subject Parcel 1 pursuant to the warrant, and it was found to contain 126.3 grams of suspected counterfeit M30 oxycodone pills. One pill was selected at random and was field tested using the TruNarc Handheld Narcotics Analyzer which field tested positive for acetaminophen. I know from my training and experience that legitimate M30 oxycodone pills do not contain acetaminophen as an active ingredient; thus, these pills appeared to be counterfeit M30 Oxycodone pills containing fentanyl which are commonly referred to on the street as "blues" or "roxys".

A laboratory test was conducted by the US Postal Inspection Service's National Forensic Laboratory ("USPIS FLS") on the pills contained in Subject Parcel 1. USPIS FLS determined that 943 pills were contained inside Subject Parcel 1. One pill was selected at random by a USPIS FLS forensic chemist and was found to contain N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), 4-anilino-N-phenethylpiperidine ("4-ANPP"), and acetaminophen. The net weight of the pills and fragments (excluding the analyzed pill) was 105.27 ± 0.05 grams. Fentanyl and 4-ANPP are Schedule II controlled substances.

I have reviewed surveillance video of the mailing of Subject Parcel 1 from the Carlsbad Main Post Office. I have reviewed EATMON's Florida driver's license photograph, and, based upon my review of the surveillance video and the photograph of EATMON, as well as the other information detailed herein, I believe that EATMON was the individual who mailed Subject Parcel 1.

On June 5, 2020 while using USPS databases, I learned that phone number (619) 240-4405 had called the USPS customer service hotline to inquire about Subject Parcel 1. This is the same phone number listed on the Post Office Box Application mentioned previously herein that was used by EATMON when he opened the box. A DEA administrative subpoena was served on AT&T for subscriber information associated to cellular phone number (619) 240-4405. AT&T responded to the subpoena, and I learned that cellular phone number (619) 240-4405 was assigned to the AT&T subscriber account of "Jamiron Eatmon."

***Seizure of 1.7 Kilograms of Methamphetamine***

On November 4, 2020, I was alerted that Priority Mail parcel bearing tracking number 9505 5158 1253 0308 4648 33 addressed to "Tayanda Armstrong 389 County Road 125 Houlka, MS, 38850," with the return address of "Evan Brower 2007 Estrella Road Prescott, AZ, 86305" was mailed from Imperial Beach, CA (within the Southern District of California) on November 3, 2021 (hereinafter

"Subject Parcel 2"). On or about the same date, I referred Subject Parcel 2 to Inspectors in Mississippi. On November 5, 2020, I was informed that Subject Parcel 2 had been intercepted by USPIS personnel.

On November 10, 2020, after an inspector in Mississippi determined that the mailing address in Prescott, AZ did not show anyone by the surname of Brower living at that address and after a narcotics detector dog alerted to the exterior of the parcel, United States Magistrate Judge Dave Sanders, in the Northern District of Mississippi, authorized a federal search warrant in Case number 1:20-MJ-35 for Subject Parcel 2. On or about the same date, Postal Inspector C. Tutor searched the parcel pursuant to the warrant, and it was found to contain approximately 4 pounds of a clear, crystalline substance that Inspector Tutor recognized, based on his training and experience, to be consistent with methamphetamine.

A lab test was conducted by the USPIS FLS on the clear, crystalline substance contained in Subject Parcel 2. USPIS FLS determined that the clear, crystalline substance was found to contain d-methamphetamine hydrochloride with a $96 \pm 3\%$ purity and weighed $1,781.84 \pm 0.10$ grams. Methamphetamine is a Schedule II controlled substance.

I have reviewed EATMON's Florida driver's license photograph, and, based upon my review of the surveillance video of the mailing of Subject Parcel 2 from the Imperial Beach Main Post Office, I believe that EATMON was the individual who mailed Subject Parcel 2.

***Seizure of 1,000 Counterfeit M30 Oxycodone Pills Containing Fentanyl***

On or about November 20, 2020, Inspector Tutor informed me that he had intercepted Priority Mail parcel bearing tracking number 9505 5138 1726 0321 4157 10 addressed to "JEFFREY FLEMINGS PO BOX 622 VERONA, MS, 38879" with the return address of "BILL WILLIAMSON 2993 W LODGEPOLE LANE SHOW LOW, AZ, 85901" which was mailed from Chula Vista, CA (within

the Southern District of California) on November 16, 2020 (hereinafter "Subject Parcel 3").

On November 19, 2020, a Postal Inspector in Mississippi detained the subject parcel at the Verona, MS Post Office. On that same day, after inspecting the parcel, the Postal Inspector determined that the package included a return address with a name that could not be associated with that address; and a recipient address that also could not be located with the name of the individual listed as the recipient. In addition the return address on the package was "Show Low, AZ" which was determined to be eight hours from the mailing point in Chula Vista, CA. The Honorable Jane M. Virden signed a search warrant in the Northern District of Mississippi (4:20-MJ-1016) for Subject Parcel 3. On November 20, 2020, Postal Inspector C. Tutor searched the parcel pursuant to the warrant, and it was found to contain approximately 115.4 grams of suspected counterfeit M30 oxycodone pills. Inspector Tutor and agents from the Mississippi state police attempted to conduct a controlled delivery of Subject Parcel 3; however, the intended recipient never picked up the parcel.

A laboratory test was conducted by the USPIS FLS on the pills contained in Subject Parcel 3. USPIS FLS determined that 1,000 pills were contained inside Subject Parcel 3. Two pills were selected at random by a USPIS FLS forensic chemist and was found to contain fentanyl, 4-ANPP, and acetaminophen. The net weight of the pills and fragments (excluding the analyzed pills) was $109.84 \pm 0.05$ grams. Fentanyl and 4-ANPP are Schedule II controlled substances.

I have reviewed EATMON's Florida driver's license photograph, and, based upon my review of the surveillance video of the mailing of Subject Parcel 3 from the Rancho Del Rey Post Office in Chula Vista, CA, I believe that EATMON was the individual who mailed Subject Parcel 3.

## MOTION FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.