RANDY S. GROSSMAN
United States Attorney
LAWRENCE A. CASPER
Assistant United States Attorney
California Bar No. 235110
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6734
Email: lawrence.casper@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMIRON EMANUEL EATMON,<br><br>Defendant. | Case No.: 21CR2316-DMS<br><br>**UNITED STATES' MOTION TO DISMISS AND MEMORANDUM IN SUPPORT THEREOF** |
|---|---|

Plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, United States Attorney, and Lawrence A. Casper, Assistant U.S. Attorney, files this Memorandum in Support of the United States' Motion to Dismiss.

**I. DISCUSSION**

Pursuant to Fed. R. Crim. P. 48(a), the United States seeks leave of court to dismiss this case because, since the case was initially filed and the defendant waived indictment to proceed by Information, the United States has received

1

additional documentary and other information that has caused the evidence and pursuit of this prosecution to trial to be reevaluated.

Though the evidence that formed the basis for the Government's Complaint in this case included, but was not limited to: three drug-laden packages examined pursuant to warrants, two of which were obtained in this district following alerts of drug detector dogs and the third in the Northern District of Mississippi after an undisputedly accurate affidavit was submitted to the Court there; the fact that Eatmon's cellular telephone called the USPS Customer Service hotline to inquire about at least one of those packages; Eatmon's fingerprints contained on an item inside another of the drug-laden packages; and a package mailed from Chula Vista that bore a return address eight hours from San Diego by an individual whom the trained and experienced investigative agent believed to be defendant; and who, on two of the mailing dates, bore a glove on only one hand and appeared to have similar, if not identical, characteristics and mannerisms on all three mailing dates based on video footage reviewed by the agent.

Nevertheless, as indicated above, additional information has caused the Government to reassess its pursuit of this case to trial and seek leave to dismiss. The United States does not oppose a dismissal of the pending Information in this case with prejudice in view of the timing of this request

and has submitted a proposed order to that effect.
This the 14th day of February 2023.

                              Respectfully submitted,

                              RANDY S. GROSSMAN
                              United States Attorney

                              /s/Lawrence A. Casper
                              LAWRENCE A. CASPER
                              Assistant U.S. Attorney