# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JAMIRON EMANUEL EATMON,<br><br>　　　Defendant. | Case No. 21CR2316-DMS<br><br>**ORDER OF DISMISSAL** |

　　Having considered the United States' Motion to Dismiss the pending Information against Defendant JAMIRON EMANUEL EATMON pursuant to Fed. R. Crim. P. 48(a), this Court hereby grants the United States' motion and grants leave for the United States to dismiss the Information in this case.

　　The Information against Defendant is hereby dismissed with prejudice pursuant to Fed. R. Crim. P. 48(a).

　　**IT IS SO ORDERED.**

　　Dated:　February 14, 2023

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　CHIEF, U.S. DISTRICT JUDGE